```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               FEB 19 2016

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 16-361M |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER OF DETENTION AFTER HEARING |
| JUDITH ANN ALOE, | ) [18 U.S.C. §§ 3148(b), 3142(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of Pennsylvania for alleged violation(s) of the terms and conditions of her release pending trial; and

The Court having conducted a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3142(a),

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

   1.   There is clear and convincing evidence that defendant violated the terms of her release by failing to appear for trial on May 14, 2014.

   2.   Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose

a danger to the community if allowed to remain on bail pending her surrender for future court proceedings.

    3.    The Court has also taken into account the fact that defendant was arrested at the Mexican border.

Further, the Court finds that the defendant's failure to appear for trial after being granted pre-trial release constitutes a change in circumstances which justifies reconsideration of the decision to allow her to remain on bail pending her surrender for future court proceedings. That decision was and is governed by 18 U.S.C. § 3143(a), and the Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community if allowed to remain on bong.

IT THEREFORE IS ORDERED that the defendant's release is revoked, and the defendant is remanded to the custody of the United States Marshal to be transported to the charging district forthwith.

Dated: February 19, 2016

                                                /s/
                                    ALKA SAGAR
                      UNITES STATES MAGISTRATE JUDGE